IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LAURA GAYNETTE PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 2:12-cv-02058-SHM-dkv |
| | ) |
| DEVRY UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate that this action is dismissed with prejudice.

Respectfully Submitted,


By: /s/Maureen T. Holland
　　Maureen T. Holland, Esq., #15202
　　Yvette G. Holland, Esq., #32147
　　1429 Madison Avenue
　　Memphis, TN 38104
　　Phone: (901) 278-8120
　　*Attorneys for Plaintiff*


By: /s/Lisa Lichterman Leach
　　Lisa L. Leach, Esq., #14486
　　Paul E. Prather, Esq., #10089
　　Nicole H. Bermel, Esq., #27097
　　3725 Champion Hills Drive, Suite 3000
　　Memphis, TN 38125
　　Phone: (901) 795-6695
　　*Attorneys for Defendant*