IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**LAURA GAYNETTE PRICE,**

    **Plaintiff,**

VS.                                                           NO. 12-2058-Ma

**DeVRY UNIVERSITY, INC.,**

    **Defendant.**

**ORDER OF DISMISSAL**

The parties have submitted a Joint Stipulation of Dismissal indicating that this matter may be dismissed with prejudice.  This case is therefore dismissed in its entirety with prejudice.

It is SO ORDERED this 10th day of March, 2014.

                                        *s/  Samuel H. Mays, Jr.*
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE