```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

**LAURA GAYNETTE PRICE,**

       **Plaintiff,**

VS.                                                    NO. 12-2058-Ma

**DeVRY UNIVERSITY, INC.,**

       **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice, in accordance with the Order of Dismissal docketed March 10, 2014.

**APPROVED:**


*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| *March 10, 2014* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *s/ Zandra Frazier* |
| | (By) DEPUTY CLERK |